**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Ryan Wood, et al.

Plaintiff,

v.                                                                Case No.: 1:25−cv−13966
                                                                  Honorable John Robert Blakey

Jose E. Almeida, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 6, 2026:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants the parties' joint motion to consolidate [10], and directs the Clerk to consolidate the two related derivative actions, Wood v. Almeida, et al., Case No. 1:25−cv−13966, and Gray v. Almeida, et al., Case No. 1:25−cv−14517, for all purposes, including pre−trial proceedings and trial, into a single consolidated action (hereinafter referred to as the "Consolidated Derivative Action"), the docket for which shall appear on Case No. 1:25−cv−13966. No further entries shall be made in Case No. 1:25−cv−14517. The Clerk shall also alter the caption to reflect the consolidated case name, "IN RE BAXTER INTERNATIONAL INC. STOCKHOLDER DERIVATIVE LITIGATION." The Court also appoints The Brown Law Firm, P.C., and Rigrodsky Law, P.A., as Co−Lead Counsel for Plaintiffs in the Consolidated Derivative Action. The Court strikes the 1/7/26 Notice of Motion date and orders the parties to file a joint status report by 3/2/26 proposing reasonable case management dates. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.