**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE BAXTER INTERNATIONAL INC. STOCKHOLDER DERIVATIVE LITIGATION | ) Master File No. 1:25-cv-13966<br>)<br>) (Consolidated with Case No. 1:25-cv-14517)<br>)<br>)<br>This Document Relates to: ) <br>)<br>ALL ACTIONS. )<br>) |

**JOINT MOTION FOR STIPULATED STAY OF THE**
**CONSOLIDATED DERIVATIVE ACTION**

Plaintiffs Ryan Wood ("Plaintiff Wood") and Kevin Gray ("Plaintiff Gray," and together with Plaintiff Wood, the "Plaintiffs"), Nominal Defendant Baxter International Inc. ("Baxter" or the "Company"), and Individual Defendants José E. Almeida ("Almeida"), Brent Shafer ("Shafer"), Joel T. Grade ("Grade"), James K. Saccaro ("Saccaro"), Brian Stevens ("Stevens"), Heather Knight ("Knight"), Clare Trachtman ("Trachtman"), William A. Ampofo, II, Jeffrey A. Craig, Patricia B. Morrison, Stephen N. Oesterle, Stephen H. Rusckowski, Nancy M. Schlichting, Cathy R. Smith, Amy A. Wendell, David S. Wilkes, and Peter M. Wilver (the "Individual Defendants" and, together with Baxter, the "Defendants," and collectively with Plaintiffs, the "Parties") jointly submit this motion (the "Motion") to stay the above-captioned consolidated derivative action (the "Consolidated Action"), and respectfully move the Court to enter an order staying the Consolidated Action. In support thereof, the Parties state as follows:

WHEREAS, on November 13, 2025, Plaintiff Wood filed a stockholder derivative action in this Court on behalf of Baxter against the Individual Defendants other than Defendant Jeffrey A. Craig, alleging, *inter alia*, violations of federal securities laws, breach of fiduciary duties, unjust enrichment, abuse of control, gross mismanagement, and waste of corporate assets, captioned

1

*Wood v. Almeida, et al.*, Case No. 1:25-cv-13966 (N.D. Ill.) (the "*Wood* Action");

WHEREAS, on November 26, 2025, Plaintiff Gray filed a stockholder derivative action in this Court on behalf of Baxter against the Individual Defendants alleging, *inter alia*, violations of federal securities laws, breach of fiduciary duty, aiding and abetting breach of fiduciary duty, unjust enrichment, and waste of corporate assets arising from substantially similar facts and circumstances as those alleged in the *Wood* Action, captioned *Gray v. Almeida, et al.*, Case No. 1:25-cv-14517 (N.D. Ill.) (the "*Gray* Action");

WHEREAS, pursuant to a Joint Motion under Local Rule 40.4, on December 22, 2025, the Court entered an order designating the *Gray* Action as related to the *Wood* Action (ECF No. 6);

WHEREAS, on December 24, 2025, the Parties filed the Joint Motion to Consolidate Related Derivative Actions and Appoint Co-Lead Counsel for Plaintiffs, requesting that the Court consolidate the *Gray* and *Wood* Actions and appoint The Brown Law Firm, P.C. and Rigrodsky Law, P.A. as Co-Lead Counsel for plaintiffs in the consolidated action, which the Court so-ordered on January 6, 2026 (ECF Nos. 10, 14);

WHEREAS, on October 16, 2025, a putative securities class action captioned *Elec. Workers Pension Fund, Local 103, I.B.E.W. v. Baxter Int'l, Inc., et al.*, Case No. 1:25-cv-12672 (N.D. Ill.), was filed in the United States District Court for the Northern District of Illinois, and on December 3, 2025, a putative securities class action captioned *City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust v. Baxter International Inc., et al.*, Case No. 1:25-cv-14712, was filed in the United States District Court for the Northern District of Illinois, (together, the "Related Securities Actions"). The Related Securities Actions allege violations of the federal securities laws against Baxter and Defendants Almeida, Shafer, Grade, Saccaro, Stevens, Knight, and Trachtman based on similar facts and allegations as this

2

Consolidated Action. On January 16, 2026, Nebraska Investment Council, National Elevator Industry Pension Plan, and Louisiana Sheriffs' Pension & Relief Fund filed an unopposed motion for consolidation of the Related Securities Actions, appointment as lead plaintiff, and approval of selection of lead counsel (*Electrical Workers Pension Fund, Local 103, I.B.E.W. v. Baxter International Inc., et al.*, Case No. 1:25-cv-12672, ECF No. 52). That motion is pending;

WHEREAS, following the appointment of lead plaintiff(s) in the Related Securities Actions, defendants in the Related Securities Actions anticipate moving to dismiss the operative complaint(s) in the Related Securities Actions;

WHEREAS, the Parties agree that further developments in the Related Securities Actions may be relevant to this Consolidated Action and may help inform the manner in which this Consolidated Action proceeds; and

WHEREAS, the Parties agree that the interests of efficient and effective case management and the conservation of judicial and litigant resources would be served by temporarily staying this Consolidated Action, subject to the terms and conditions set forth herein.

IT IS ACCORDINGLY STIPULATED AND AGREED, among the Parties through their authorized attorneys, and respectfully submitted for the Court's approval, to temporarily stay the Consolidated Action pursuant to the following terms:

1. All proceedings and deadlines in the Consolidated Action, including any obligation to answer, move against, or otherwise respond to any complaints filed in the Consolidated Action, are hereby stayed until the earlier of: (1) the final resolution of the Related Securities Actions, including the exhaustion of all appeals related thereto; or (2) any of the Parties to this Stipulation has given a ten (10) days' written notice that they no longer consent to the voluntary stay.

2. Notwithstanding the agreed-upon stay of this Consolidated Action, Plaintiffs may

3

amend the Complaint one time during the stay. Defendants shall have no obligation to move, answer, plead, or otherwise respond to the Complaint or any amended complaint during the stay.

3. No later than thirty (30) days following the lifting or termination of the stay pursuant to paragraph 1, the Parties shall meet and confer regarding scheduling and submit a proposed scheduling order with the Court governing any further proceedings in the Consolidated Action.

4. The Parties agree and acknowledge that they expressly reserve all arguments, defenses, and claims not yet asserted in the Consolidated Action, including, but not limited to, any objection to forum or venue or claims regarding timeliness.

Respectfully Submitted,

February 26, 2026

**THE BROWN LAW FIRM, P.C.**

<u>/s/  *Timothy Brown (with consent)*</u>
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Co-Lead Counsel for Plaintiffs*

February 26, 2026

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**

<u>/s/  *Carl V. Malmstrom*</u>
Carl V. Malmstrom
111 West Jackson, Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
Email: malmstrom@whafh.com

*Local Counsel for Plaintiff Kevin Gray*

4

**RIGRODSKY LAW, P.A.**
Seth D. Rigrodsky
Vincent A. Licata
Leah B. Wihtelin
225 Broadway, Suite 3707
New York, NY 10007
Telephone: (212) 201-7690
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: vl@rl-legal.com
Email: lw@rl-legal.com

*Co-Lead Counsel for Plaintiffs*

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Of Counsel for Plaintiff Kevin Gray*

February 26, 2026

**LATHAM & WATKINS LLP**

*/s/  Nicholas Siciliano (with consent)*
Sean M. Berkowitz (ARDC No. 6209701)
Nicholas Siciliano (ARDC No. 6287387)
330 N. Wabash Ave, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Email: sean.berkowitz@lw.com
Email: nicholas.siciliano@lw.com
Email: renatta.gorski@lw.com

Whitney B. Weber (ARDC No. 6311007)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 931-0600
Email: whitney.weber@lw.com

*Counsel for Defendants*

5